**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| **DESTINY CRAWFORD,**<br><br>Plaintiff,<br><br>v.<br><br>**ACADEMY EXPRESS, LLC,**<br><br>Defendant. | Case No. |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq*., Defendant, Academy Express, LLC ("Defendant"), by and through its undersigned counsel, hereby gives notice that it has removed to this Court from the Circuit Court of Maryland for Prince George's County the case captioned *Destiny Crawford v. Academy Express, LLC,* Civil Case No. CAL18-24148 (the "Circuit Court Action"), and in support thereof, states as follows:

1. On July 13, 2018, Plaintiff filed the Circuit Court Action. Defendant was never served with the Complaint.

2. On February 12, 2019, Plaintiff filed an Amended Complaint in the Circuit Court Action. Defendant was served with the Amended Complaint no earlier than March 8, 2019.

3. This Notice of Removal is filed within 30 days after the earliest receipt of the Amended Complaint in compliance with the time requirements of 28 U.S.C. § 1446.

4. The Circuit Court Action is removable under 28 U.S.C. § 1441(b) because it falls within the original diversity jurisdiction of this Court under 28 U.S.C. § 1332. Plaintiff and Defendant are citizens of different states. Plaintiff is a citizen of the State of Maryland.

Defendant is a limited liability company, which is not a citizen of Maryland. Defendant is incorporated in New Jersey with its principal place of business in New Jersey. Academy Bus, LLC is the single member of Academy Express, LLC. Academy Bus, LLC is incorporated in New Jersey with its principal place of business in New Jersey. Academy Bus, LLC is controlled by The Tedesco Family ESBT Trust, which was formed in New Jersey with its principal place of business in New Jersey. Upon information and belief, the amount in controversy is in excess of $75,000.

5. Under 28 U.S.C. § 1441(a), venue of the removed action is proper, as the United States District Court for the District of Maryland, Southern Division, is the District and Division that encompasses Prince George's County, Maryland, in which the Circuit Court Action was filed.

6. In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5(a), true and legible copies of all process, pleadings, documents, and orders that have been received by Defendant thus far in the Circuit Court Action are attached as the following exhibits:

- Exhibit 1: Complaint
- Exhibit 2: Notification to Parties of Contemplated Dismissal
- Exhibit 3: Writ of Summons to Academy Express, LLC
- Exhibit 4: Amended Complaint
- Exhibit 5: Notice of Filing of Notice of Removal (to be filed in the Circuit Court)

7. Pursuant to Local Rule 103.5(a), I, Mary M. McCudden, hereby certify that true and legible copies of any additional documents on file with the Circuit Court for Prince George's County in the Circuit Court Action will be filed with the Court within 30 days.

8. A copy of this Notice of Removal has been e-mailed and mailed to Plaintiff's counsel, and a copy of this Notice of Removal shall be promptly filed with the Clerk of the Circuit Court of Maryland for Prince George's County in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, because this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and removal is appropriate pursuant to 28 U.S.C. § 1441(a), notice is hereby given that the Circuit Court Action, now pending in the Circuit Court of Maryland for Prince George's County, Civil Case No. CAL18-24148, is removed in its entirety to this Court.

Dated: April 4, 2019

Respectfully submitted,

/s/
Emmett F. McGee, Jr. (Bar No. 08462)
Mary M. McCudden (Bar No. 20760)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD  21209
Telephone:	(410) 415-2000
Facsimile:	(410) 415-2001
emmett.mcgee@jacksonlewis.com
mary.mccudden@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of April 2019, a copy of the foregoing Notice of Removal with attachments was served via e-mail and U.S. First Class mail on the following:

Ikechukwu Emejuru
Emejuru Law LLC
8403 Colesville Road
Suite 1100
Silver Spring, Maryland 20910
*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Mary M. McCudden