IN THE CIRCUIT COURT FOR PRINCE GEORGES COUNTY, MARYLAND

DESTINY CRAWFORD,

    Plaintiff,

v.

ACADEMY EXPRESS, LLC,

    Defendant.

Civil Action No.: CAL18-24148

---

## AMENDED COMPLAINT

Plaintiff Destiny Crawford, by and through her counsel Emejuru Law LLC brings forth this action against Academy Express, LLC ("Academy"), and respectfully states as follows:

### JURISDICTION

1. Jurisdiction is proper pursuant to Section 1-501 and 6-102 of the Courts and Judicial Proceedings article of the Maryland Code Annotated, among other applicable provisions.

2. Destiny Crawford has exhausted her remedies with the Maryland Commission on Human Rights.

### VENUE

3. Venue is proper in this judicial district because this cause of action arose, and Defendant is located in this judicial district and Defendant does business in this judicial district.

### PARTIES

4. Plaintiff Destiny Crawford is a natural person and resident of the state of Maryland.

5. Defendant Academy Express, LLC (hereinafter "Academy Express") is an employer and regularly conducts and transacts business within the State of Maryland.

## FACTUAL ALLEGATIONS

6. Destiny Crawford a 22-year-old resident in the state of Maryland was hired by Academy on February 10, 2017 as a full-time bus and office cleaner.

7. At all times herein, Crawford worked at the Academy location in Capitol Heights, MD.

8. Crawford reported to Andrew Wright. Mr. Wright reported to Godfrey Chindu, the overall Manager for the facility.

9. Crawford's performance was rated by her supervisors as above average.

### *Crawford is Sexually Harassed by Chindu*

10. In or about January 2018, while at work, Chindu told Crawford that she was "a beautiful girl" and asked her whether she "had a boyfriend." Chindu stated, "I don't want you to waste time with the wrong person."

11. In or around March 7, 2018, after a staff meeting, Chindu asked Crawford to ride with him to get pizza for the staff. Crawford refused. Chindu became angry that Crawford refused to go with him.

12. Chindu routinely followed Crawford around the Academy premises. In or around March 2018, Crawford was attempting to take her break when Chindu asked her where she was going. Crawford stated that she was going to go on break. Chindu followed her to the car lot.

13. Chindu routinely subjected to Crawford to sexually suggestive language while she worked at Academy. In April 2018, while performing her work duties, Chindu stated to Crawford, "do you want to have a good time," "do you want to go drinking sometimes," and "why didn't you inherit those skills and traits from your mom."

14. Chindu repeatedly asked Crawford out for lunch dates, which she refused.

15. On one occasion, Chindu stated to Crawford "I had the key at home with me, you didn't come home to get the key" and "you're a very pretty girl." Crawford rejected Chindu's sexual advances and told him that she felt like she was being harassed by Chindu.

16. In or around April 2018, Godfrey stated, "Still single huh? Well I guess that's best then."

17. As a result of refusing Chindu's sexual advances, Chindu routinely subjected Crawford to bullying tactics. On one occasion, while Crawford was mopping, Chindu stepped on the wet floor and laughed at Crawford.

18. Crawford reported the sexual harassment to her direct supervisor Andre Wright. Wright never followed up with anyone at Academy about the allegations, nor did he conduct an investigation. Crawford was also not informed about any policies related to reporting sexual harassment or discrimination at Academy.

### *Crawford is Injured on the Job*

19. On April 23, 2018, while working on duty, Ms. Crawford was injured while moving tables and chairs around the lounge area to mop and sweep underneath. The incident significantly injured her lower back and leg. The injury also compelled Ms. Crawford to miss time from work.

20. On the same day as her injury, she notified her supervisors Andrew Wright and Godfrey Chindu.

21. On April 24, 2018, Ms. Crawford sought treatment at Fort Washington Medical Center. After examination, the doctor recommended her for light duty.

22. On April 26, 2018, Crawford filled the Workers' Compensation. Her supervisors provided her the necessary forms and Crawford provided the documents to a human relations officer for Academy Express LLC. Ms. Crawford informed her supervisors that she would miss additional days of work.

23. Academy Express was notified about Ms. Crawford's workers compensation claim by the Workers Compensation Commission on or before May 2, 2018.

24. On May 9, 2018, Academy Express terminated Crawford.

## PLAINTIFF'S CLAIMS
## WRONGFUL TERMINATION

25. Plaintiff incorporates all paragraphs herein *seriatim*.

26. Defendant, by and through, its agents or supervisors, unlawfully terminated Plaintiff in violation of public policy.

27. Plaintiff prays for judgment against Defendant for all damages allowable by law, statutory damages, compensatory damages, punitive damages, pre-judgment interest at the legal rate, post-judgment interest at the judgment rate, attorney's fees as may be awarded by the Court, the costs of this action, equitable relief, and such other and further relief as may appear warranted by this action.

## HOSTILE WORK ENVIRONMENT
## MARYLAND FAIR EMPLOYMENT PRACTICES ACT

28. Plaintiff incorporates all paragraphs herein *seriatim*.

29. Defendant, by and through, its agents or supervisors, subjected Plaintiff to severe and pervasive conduct which altered the terms and conditions of her employment.

30. Plaintiff prays for judgment against Defendant for all damages allowable by law, statutory damages, compensatory damages, punitive damages, pre-judgment interest at the legal rate, post-judgment interest at the judgment rate, attorney's fees as may be awarded by the Court, the costs of this action, equitable relief, and such other and further relief as may appear warranted by this action.

## SEX DISCRIMINATION
## MARYLAND FAIR EMPLOYMENT PRACTICES ACT

31. Plaintiff incorporates all paragraphs herein *seriatim*.

32. Defendant, by and through, its agents or supervisors, discriminated or altered the terms and conditions of Plaintiff's employment because of her sex.

33. Plaintiff prays for judgment against Defendant for all damages allowable by law, statutory damages, compensatory damages, punitive damages, pre-judgment interest at the legal rate, post-judgment interest at the judgment rate, attorney's fees as may be awarded by the Court, the costs of this action, equitable relief, and such other and further relief as may appear warranted by this action.

## PRAYER FOR RELIEF
## PLAINTIFF DEMANDS TRIAL BY JURY

Plaintiff prays that judgment be entered against Defendant Academy Express, LLC for all damages allowable (including statutory, actual, compensatory, nominal, and punitive) expenses, attorney's fees, and for such other and further relief as may be just and proper.

Dated this February 12, 2019

By /s/
Ikechukwu Emejuru
**Emejuru Law L.L.C.**
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910
Telephone: (240) 638 – 2786
Facsimile: 1-800-250-7923
iemejuru@emejurulaw.com

*ATTORNEY FOR PLAINTIFF*